

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00512-CR

**EX PARTE** Antwaun Deon **ROBINSON**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2014W0146
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED December 10, 2014.

_____
Marialyn Barnard, Justice